DARREN M. COHEN, Esq. (SBN 221938)
dcohen@kingsleykingsley.com
**LAW OFFICES OF DARREN M. COHEN, APC**
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Telephone: (310) 200-7893

Attorneys for Plaintiff and the Proposed Class

SARAH HAMILTON, ESQ. SBN -238819
shamilton@constangy.com
DONGYING ZHANG, ESQ. SBN -352944
dzhang@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
601 Montgomery Street, Suite 350
San Francisco, CA 94111
Telephone: 415.918.3000

Attorneys for Defendant OMNI LOGISTICS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIAN MAGANA, an individual, on behalf of himself and others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>OMNI LOGISTICS, LLC.; and DOES 1 to 50, inclusive,<br><br>DEFENDANTS. | CASE NO.: 2:25-cv-01337 RGK (JCx)<br><br>**NOTICE OF SETTLEMENT OF CLASS AND PAGA ACTION AND JOINT STIPULATION TO VACATE THE TRIAL DATE AND ALL RELATED DATES ON CALENDAR PENDING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: September 23, 2024<br>Trial Date: December 9, 2025 |

Pursuant to C.D. Local Rules 40-1 and 40-2, Plaintiff Gian Magana ("Plaintiff") and Defendant Omni Logistics, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby notify the Court that the Parties have reached a settlement in principle and respectfully stipulate and request that the Court vacate the trial date and all related dates currently set on the Court's calendar for this matter.

1. Plaintiff filed the instant action on September 23, 2024 in the Superior Court of the State of California in and for the County of Los Angeles, entitled *Magana v. Omni Logistic LLC, et al.* No. 24STCV24638;

2. Plaintiff filed his First Amended Complaint on January 10, 2025 to add a ninth cause of action for penalties pursuant to Labor Code § 2699, *et seq.*;

3. Defendant removed this action to the United States District Court for the Central District of California, on February 17, 2025.

4. Pursuant to the current scheduling Order issued by the Court on April 7, 2025 (Dkt. No. 17), this Court established the following trial schedule and related dates:

> (1) Last day to amend complaint or add parties on May 10, 2025;
> (2) Discovery Cut-Off (fact discovery) on September 10, 2025;
> (3) Motion Cut-Off Date (last day to file) on September 24, 2025;
> (4) Pre-Trial Conference to take place on November 24, 2025;
> (5) Jury Trial to begin December 9, 2025.

5. On April 25, 2025, the Court signed the Parties' Order Regarding Joint Stipulation Regarding Clarification on Class Certification Deadline and Discovery. The Court thereby set the filing deadline for Plaintiff to file a Motion for Class Certification for June 18, 2025 (Dkt. No. 22);

6. The parties attended a mediation on May 7, 2025 with Joel M. Grossman, Esq. At the end of the all-day mediation, with the assistance of the mediator, the Parties reached a settlement in principle.

7. As this is a class and PAGA action, Court approval of the settlement is required. The Parties are currently working on drafting a Joint Stipulation of Settlement and Release.

8. In light of the Parties' agreement to settle the case, the Parties believe that it is in their best interests and that of the Court to vacate the trial date and all related dates, including the deadline for Plaintiff to file a Motion for Class Certification, pending preliminary approval of the class action settlement. This will allow the Parties to devote their time and resources to finalizing the settlement agreement, and Plaintiff to prepare and file his Motion for Preliminary Approval of Class Action Settlement.

**NOW THEREFORE**, based on good cause as set forth above, the Parties stipulate to an Order as follows:

1. The Parties will seek to finalize the long form settlement agreement and settlement approval papers before June 30, 2025;

2. The trial date and all related dates currently on calendar as set forth in the April 7, 2025 and April 25, 2025 Orders, are vacated pending the preliminary approval of class action settlement;

3. The filing of this Notice of Settlement and Joint Stipulation and any participation by Defendant in written discovery at this stage shall not constitute a waiver, or otherwise impact any rights Defendant may have to challenge jurisdiction of this case, including, but not limited to, compelling arbitration of claims in this matter.

1  **IT IS SO STIPULATED**.

3  DATED: June 5, 2025            LAW OFFICES OF DARREN M. COHEN, APC

                                  By:  /s/ *Darren M. Cohen*
                                       Darren M. Cohen
                                       Attorneys for Plaintiff and the Proposed Class

8  Dated:  June 5, 2025           CONSTANGY, BROOKS, SMITH & PROPHETE, LLP


                                  By:  /s/ *Sarah K. Hamilton*
                                       Sarah K. Hamilton
                                       Attorneys for Defendant
                                       OMNI LOGISTICS, LLC

# **ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 5, 2025        LAW OFFICES OF DARREN M. COHEN, APC

                           By: /s/ *Darren M. Cohen*
                               Darren M. Cohen
                               Attorneys for Plaintiff and the Proposed Class