cc: LASC 24STCV24638                                                                     JS6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIAN MAGANA, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OMNI LOGISTICS, LLC; and DOES 1 TO 50, inclusive,<br><br>Defendants. | Case No. 2:25-CV-01337-RGK-JC<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO LOS ANGELES COUNTY SUPERIOR COURT<br><br>[27] |

Having reviewed the Parties' Joint Stipulation to Remand Action to Los Angeles County Superior Court ("Joint Stipulation"), and good cause appearing for the same, the Joint Stipulation shall be and hereby is GRANTED as follows:

1. The Parties' Stipulation is approved;
2. The case is hereby remanded to the Superior Court of the State of California for the County of Los Angeles, Case No. 24STCV24638.
3. The Parties will each bear their own attorneys' fees and costs with respect to the removal and subsequent remand of this action.

**IT IS SO ORDERED.**

Dated: 6/17/2025

_____
Hon. R. Gary Klausner
Judge of the U.S. DISTRICT COURT

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

CASE NO. 2:25-CV-01337-RGK-JC
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO LOS ANGELES COUNTY SUPERIOR COURT